JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:25-cv-00030-FWS-ADS | Date: March 27, 2025 |
| Title: Preston Leonard Schofield v. Taft Law School | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE**

On January 4, 2025, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP request"). (Dkt. 1, 3.) On January 9, 2025, the Court postponed ruling on the IFP request until Plaintiff provided more financial information. (Dkt. 8.) On January 28, 2025, Plaintiff filed a response. (Dkt. 10.)

On February 11, 2025, the Court denied the IFP request because Plaintiff had failed to "allege poverty with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). (Dkt. 11.) The Court ordered Plaintiff, if he wished to proceed with this action, to pay the $405 filing fee within 30 days. (*Id.*)

On February 18, 2025, the Court denied Plaintiff's motion for reconsideration of the Court's ruling denying the IFP request. (Dkt. 14.)

As of this date, more than 30 days since the Court's order on February 11, 2025, Plaintiff has not paid the filing fee as ordered. (Dkt. 11.) Accordingly, this action is **dismissed without prejudice.**

**IT IS SO ORDERED.**

Initials of Deputy Clerk: rrp